CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 20 2016

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

SHERRY LYNN THORNHILL, )
for herself and as Administrator of the )
Estate of her son, Shawn Christopher Berry, )
deceased, individually and on behalf of ) Civil Action No. 3:15-CV-00024
all others similarly situated, )
)
    Plaintiff, ) **ORDER**
)
v. ) By: Hon. Glen E. Conrad
) Chief United States District Judge
F. GLENN AYLOR, et al., )
)
    Defendants. )
)

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that defendants' motion to strike the amended complaint (Docket No. 61) is **DENIED**.

The Clerk is directed to send a certified copy of the order and memorandum opinion to all counsel of record.

DATED: This 20th day of January, 2016.

                                /s/ Glen Conrad
                                Chief United States District Judge